# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3297

_____

United States of America

*Plaintiff - Appellee*

v.

Leann Marie Rouse

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: March 12, 2025
Filed: March 17, 2025
[Unpublished]

_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Leann Rouse appeals the below-Guidelines sentence imposed by the district court[1] after she pleaded guilty to wire fraud. Her counsel has moved for leave to

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a) and did not err in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (sentences are reviewed for substantive reasonableness under deferential abuse-of-discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors); <u>see also</u> <u>United States v. Noriega</u>, 35 F.4th 643, 652 (8th Cir. 2022) (it is "nearly inconceivable" that court abused its discretion by imposing below-Guidelines sentence).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel leave to withdraw.

_____